Prob12B
(7/93)

# United States District Court
## for the District of New Jersey
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William A. Smullen      Case Number: 04-00018-001

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: April 23, 2004

Original Offense: Coercion or Enticement of Minor Female 18 U.S.C. § 2423 (b) and 2

Original Sentence: 46 months custody/ 2 years supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: July 25, 2007

## PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.
[X] To modify the conditions of supervision as follows:

1. You shall submit your person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any federal probation officer with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you.

## CAUSE

In accordance with the Adam Walsh Child Protection and Safety Act of 2006 and under 18 U.S.C. §§ 3563(b) and 3583 (d).

Respectfully submitted,

PAUL W. DeFELICE
Chief U.S. Probation Officer

Joanne M. DeFreest
U.S. Probation Officer
Date: 08/08/2007

Approved:
Christopher V. McNeill
Supervising U.S. Probation Officer

### THE COURT ORDERS
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/11/08
Date

PROB 49
NNYrev.9/02

## Waiver of Hearing to Modify Conditions
## of Supervised Release or Extend Term of Supervision
# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEW JERSEY

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

You shall submit your person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any federal probation officer with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you.

Witness: _____  Signed: _____
U.S. Probation Officer/Witness              Supervised Releasee

_____                    8-2-07
Supervisor or Team Leader                  Date